1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERTA SHERRY KEIFER,

          Plaintiff,

   v.

COMMISSIONER OF SOCIAL SECURITY,

          Defendant.

Case No. 17-cv-00332-SK

**ORDER OF SUA SPONTE REFERRAL**

      Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Elizabeth D. Laporte to determine whether it is related to *Keifer v. Colvin*, Case No. 12-cv-06320-EDL.

      **IT IS SO ORDERED**.

Dated: January 17, 2018

_____
SALLIE KIM
United States Magistrate Judge